DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY CHERY,**
Appellant,

v.

**ZORAIDA SOTO,**
Appellee.

No. 4D17-2031

[January 31, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. 16-5631.

Gregory Chery, Sunrise, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank*, 377 So. 2d 115 (Fla. 1979).

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***